Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

*Attorneys for Defendant iProov Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>Defendant. | Case No. 2:21-cv-02252-RFB-BNW<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT IPROOV LTD TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Facetec, Inc., and Defendant iProov Ltd, through their respective counsel, that the time for Defendant iProov Ltd to respond to the Complaint is extended by 45 days, from February 14, 2022 to March 31, 2022. This is the first such request by the parties. In conjunction with this extension, counsel for Defendant iProov Ltd agreed to accept service of the Summons and Complaint, effective January 24, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This extension request is necessary to provide additional time to evaluate the allegations in the Complaint. Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including March 31, 2022 for Defendant iProov to respond to the Complaint.

Dated January 26, 2022.

| | |
|---|---|
| **WEIDE & MILLER, LTD.** | **EVANS FEARS & SCHUTTERT LLP** |
| */s/ F. Christopher Austin* | */s/ Jay J. Schuttert* |
| F. Christopher Austin, Esq. (SBN 6559) | Jay J. Schuttert, Esq. (SBN 8656) |
| 10655 Park Run Drive, Suite 100 | David W. Gutke, Esq. (SBN 9820 |
| Las Vegas, NV 89144 | 6720 Via Austi Parkway, Suite 300 |
| Telephone: (702) 382-4804 | Las Vegas, NV 89119 |
| Facsimile: (702) 382-4805 | Telephone: (702) 805-0290 |
| Email: caustin@weidemiller.com | Facsimile: (702) 805-0291 |
| | Email: jschuttert@efstriallaw.com |
| Nathanial L. Dilger, Esq. (CA Bar No. 196203) | Email: dgutke@efstriallaw.com |
| Peter R. Afrasiabi, Esq. (CA Bar No. 193336) | |
| ONE LLP | *Attorneys for Defendant iProov Ltd.* |
| 23 Corporate Plaza, Suite 150-105 | |
| Newport Beach, CA 92660 | |
| Telephone: (949) 502-2870 | |
| Facsimile: (949) 258-5081 | |
| Email: ndilger@onellp.com | |
| Email: pafrasiabi@onellp.com | |

William J. O'Brien, Esq. (CA Bar No. 99526)
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (949) 943-2085
Email: wobrien@onellp.com

*Attorneys for Defendant iProov Ltd.*

### ORDER

**IT IS SO ORDERED**

**DATED:** 5:30 pm, January 27, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

CASE NO.: **2:21-cv-02252-RFB-BNW**

- 2 -