Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

*Attorneys for Defendant iProov Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>Defendant. | Case No. 2:21-cv-02252-RFB-BNW<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT IPROOV LTD TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Facetec, Inc., and Defendant iProov Ltd, through their respective counsel, that the time for Defendant iProov Ltd to respond to the First Amended Complaint is extended by 14 days, from March 31, 2022 to April 14, 2022. This is the second such request by the parties. The Court previously approved the parties' first request for an extension on January 27, 2022 (ECF No. 16).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  This extension request is necessary to provide additional time to evaluate new allegations in the First Amended Complaint filed on March 1, 2022 (ECF No. 19).  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including April 14, 2022 for Defendant iProov to respond to the First Amended Complaint.

Dated March 10, 2022.

| **WEIDE & MILLER, LTD.** | **EVANS FEARS & SCHUTTERT LLP** |
|---|---|
| */s/ F. Christopher Austin* | */s/ Jay J. Schuttert* |
| F. Christopher Austin, Esq. (SBN 6559) | Jay J. Schuttert, Esq. (SBN 8656) |
| 10655 Park Run Drive, Suite 100 | David W. Gutke, Esq. (SBN 9820) |
| Las Vegas, NV 89144 | 6720 Via Austi Parkway, Suite 300 |
| Telephone: (702) 382-4804 | Las Vegas, NV 89119 |
| Facsimile: (702) 382-4805 | Telephone: (702) 805-0290 |
| Email: caustin@weidemiller.com | Facsimile: (702) 805-0291 |
|  | Email: jschuttert@efstriallaw.com |
|  | Email: dgutke@efstriallaw.com |
| Nathanial L. Dilger, Esq. (CA Bar No. 196203) |  |
| Peter R. Afrasiabi, Esq. (CA Bar No. 193336) | *Attorneys for Defendant iProov Ltd.* |
| ONE LLP |  |
| 23 Corporate Plaza, Suite 150-105 |  |
| Newport Beach, CA 92660 |  |
| Telephone: (949) 502-2870 |  |
| Facsimile: (949) 258-5081 |  |
| Email: ndilger@onellp.com |  |
| Email: pafrasiabi@onellp.com |  |

William J. O'Brien, Esq. (CA Bar No. 99526)
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (949) 943-2085
Email: wobrien@onellp.com
*Attorneys for Defendant iProov Ltd.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March 11, 2022