F. Christopher Austin (NV Bar No. 6559)
Email: caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone:   (702) 382-4804
Facsimile:    (702) 382-4805

Nathaniel L. Dilger (CA Bar No. 196203)
Email: ndilger@onellp.com
Peter R. Afrasiabi (CA Bar No. 193336)
Email: pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

William J. O'Brien (CA Bar No. 99526)
Email: wobrien@onellp.com
**ONE LLP**
9301 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:    (949) 943-2085

*Attorneys for Plaintiff,*
FaceTec, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>Defendant. | Case No.: 2:21-cv-02252-RFB-BNW<br><br>**STIPULATION AND ORDER FOR 30-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM AND TO CONDUCT A RULE 26(F) CONFERENCE**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff FaceTec, Inc., ("Plaintiff") and Defendant iProov Ltd. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to a 30-day extension of time for Plaintiff to respond to the counterclaim from

fca-w-1411                                                            1

May 4, 2022 to June 3, 2022, and to extend the deadline to conduct a Rule 26(f) conference accordingly.

The parties hereby stipulate to a 30-day extension of time for Plaintiff to respond to the counterclaim to allow Plaintiff a reasonable time to review Defendant's Answer to Complaint and Counterclaim, consult with counsel, and prepare a response. Accordingly, Plaintiff will have until June 3, 2022, to respond to Defendant's counterclaim.

The parties hereby stipulate to extend the deadline to conduct a Rule 26(f) conference to a date 30 days after Plaintiff files an answer to Defendant's counterclaim.

Dated: April 28, 2022.

**EVANS FEARS & SCHUTTERT LLP**

By: */s/ David Gutke*
Jay J. Schuttert, Esq. (SBN 8656)
jschuttert@efstriallaw.com
David W. Gutke, Esq. (SBN 9820)
dgutke@efstriallaw.com
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

**COOLEY LLP**

Stephen Smith (*pro hac vice to be filed*)
ssmith@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004

Matthew J. Brigham (*pro hac vice to be filed*)
mbrigham@cooley.com
3175 Hanover Street
Palo Alto, CA 94306-2155

*Attorneys for Defendant*

**WEIDE & MILLER, LTD.**

By: */s/ F. Christopher Austin*
F. Christopher Austin, Esq. (SBN 6559)
caustin@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

**ONE LLP**

Nathaniel L. Dilger (CA Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (CA Bar No. 193336)
pafrasiabi@onellp.com
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

William J. O'Brien (CA Bar No. 99526)
wobrien@onellp.com
9301 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90210

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: April 29, 2022

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1411                                    2