1  Jay J. Schuttert, Esq. (SBN 8656)
   David W. Gutke, Esq. (SBN 9820)
2  **EVANS FEARS & SCHUTTERT LLP**
   6720 Via Austi Parkway, Suite 300
3  Las Vegas, NV 89119
   Telephone:   (702) 805-0290
4  Facsimile:   (702) 805-0291
   Email: jschuttert@efstriallaw.com
5  Email: dgutke@efstriallaw.com

6  Stephen Smith
   **COOLEY LLP**
7  1299 Pennsylvania Avenue NW, Suite 700
   Washington, DC 20004
8  Telephone:   (202) 842-7800
   Facsimile:   (202) 842-7899
9  Email: ssmith@cooley.com

10 Matthew J. Brigham
   **COOLEY LLP**
11 3175 Hanover Street
   Palo Alto, CA 94306-2155
12 Telephone:   (650) 843-5000
   Facsimile:   (650) 849-7400
13 Email: mbrigham@cooley.com

14 *Attorneys for Defendant/Counterclaimant iProov Ltd.*
15

16                **UNITED STATES DISTRICT COURT**

17                    **FOR THE STATE OF NEVADA**

18

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br>        Plaintiff,<br>v.<br>iPROOV LTD, a United Kingdom limited liability company,<br>        Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**IPROOV LTD'S UNOPPOSED MOTION TO WITHDRAW STEPHEN R. SMITH AND MATTHEW J. BRIGHAM OF COOLEY LLP AS COUNSEL OF RECORD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
| iPROOV LTD, a United Kingdom limited liability company,<br>        Counter-Claimant,<br>v.<br>FACETEC, INC., a Delaware corporation,<br>        Counter-Defendant. | |

Defendant and Counter-Claimant iPROOV LTD ("iProov"), by and through their undersigned counsel, respectfully request, pursuant to Local Rules IA 11-6 and 6-2, leave of the Court to withdraw Stephen R. Smith and Matthew J. Brigham of Cooley LLP as counsel of record.

Counsel for Plaintiff and Counter-Defendant FaceTec, Inc. have indicated that they do not oppose this motion.

Dated: June 26, 2023

/s/ Matthew J. Brigham
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone:    (702) 805-0290
Facsimile:    (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Stephen Smith (pro hac vice)
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone:    (202) 842-7800
Facsimile:    (202) 842-7899
Email: ssmith@cooley.com

Matthew J. Brigham (pro hac vice)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400
Email: mbrigham@cooley.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

1.

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule IA 11-6(b) states that: "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Stephen Smith and Matthew Brigham of Cooley LLP, who have appeared in this action, and iProov, who consents to this withdrawal, accordingly seek to withdraw Mr. Smith and Mr. Brigham as counsel of record.

All parties in this case have received notice of the instant motion and will additionally receive notice of this motion through the CM/ECF system. Counsel for Plaintiff and Counter-Defendant FaceTec, Inc. have indicated that they do not oppose this motion. Additionally, pursuant to Local Rule IA 11-6(d), withdrawal will not cause any delay in the instant proceedings as iProov will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears & Schuttert LLP, Alan Sege of Alan Sege, PC, and Ryan E. Hatch of Hatch Law PC.

Additionally, movants have attached a proposed order and the LR IA 6-2 signature block, whichever the Court chooses to use.

| | | |
|---|---|---|
| 1 | Dated: June 26, 2023 | */s/ Matthew J. Brigham* |
| 2 | | Jay J. Schuttert, Esq. (SBN 8656) |
| | | David W. Gutke, Esq. (SBN 9820) |
| 3 | | **EVANS FEARS & SCHUTTERT LLP** |
| | | 6720 Via Austi Parkway, Suite 300 |
| 4 | | Las Vegas, NV 89119 |
| | | Telephone:   (702) 805-0290 |
| 5 | | Facsimile:   (702) 805-0291 |
| 6 | | Email: jschuttert@efstriallaw.com |
| | | Email: dgutke@efstriallaw.com |

Stephen Smith (pro hac vice)
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone:   (202) 842-7800
Facsimile:   (202) 842-7899
Email: ssmith@cooley.com

Matthew J. Brigham (pro hac vice)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400
Email: mbrigham@cooley.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2023

Case No.: 2:21-cv-02252-ART-BNW

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **IPROOV LTD'S UNOPPOSED MOTION TO WITHDRAW STEPHEN R. SMITH AND MATTHEW J. BRIGHAM OF COOLEY LLP AS COUNSEL OF RECORD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** was served on counsel of record on June 26, 2023 using the Court's CM/ECF System.

*/s/ Matthew J. Brigham*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br>　　　　　　Plaintiff,<br>v.<br>iPROOV LTD, a United Kingdom limited liability company,<br>　　　　　　Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**[PROPOSED] ORDER GRANTING IPROOV LTD'S UNOPPOSED MOTION TO WITHDRAW STEPHEN R. SMITH AND MATTHEW J. BRIGHAM OF COOLEY LLP AS COUNSEL OF RECORD** |
| iPROOV LTD, a United Kingdom limited liability company,<br>　　　　　　Counter-Claimant,<br>v.<br>FACETEC, INC., a Delaware corporation,<br>　　　　　　Counter-Defendant. | |

   This matter is before the Court on the Motion to Withdraw as Counsel of Record filed June 23, 2023. Stephen Smith and Matthew Brigham of Cooley LLP seek to withdraw as counsel of record for Defendant and Counter-Claimant iProov Ltd.  The Motion represents that iProov will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears & Schuttert LLP, Alan Sege of Alan Sege, PC, and Ryan E. Hatch of Hatch Law PC.  Local Rule IA 11-6 provides that "no withdrawal . . . will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Discovery has not yet closed and withdrawal will not delay this action.

1.

Having reviewed and considered this matter, and for good cause shown,

IT IS SO ORDERED:

1. The Motion to Withdraw is GRANTED.

2. Defendant and Counter-Claimant iProov Ltd. will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears & Schuttert LLP, Alan Sege of Alan Sege, PC, and Ryan E. Hatch of Hatch Law PC.

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED: _____

Case No.: 2:21-cv-02252-ART-BNW