1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FACETEC, INC., a Delaware corporation, | Case No.: 2:21-cv-02252-ART-BNW |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY BRIEFS REGARDING DEFENDANT IPROOV LTD.'S RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS (ECF 60)** |
| iPROOV LTD., a United Kingdom limited liability company, | |
| Defendant. | |
| iPROOV LTD, a United Kingdom limited liability company, | **(First Request)** |
| Counter-Claimant, | |
| v. | |
| FACETEC, INC., a Delaware corporation, | |
| Counter-Defendant. | |

1

Plaintiff FACETEC, INC., ("FaceTec") and Defendant iPROOV, LTD. ("iProov) hereby stipulate and agree to an order extending the deadline for FaceTec to file its Response to Defendant's Rule 12(c) Motion for Judgement on the Pleadings (ECF 60) (the "Motion") from October 25, 2023, to November 8, 2023, and to set the deadline for iProov to file a Reply in support of the Motion to December 6, 2023.

This request is made in good faith to accommodate scheduling conflicts of counsel in connection with other pressing matters and not for any purpose of delay or harm to either party.

NOW THEREFORE, the Parties hereby stipulate to the entry of an order extending the deadline for Plaintiff FaceTec, Inc., to file its Response to Defendant iProov Ltd.'s Rule 12(c) Motion for Judgment on the Pleadings (ECF 60) from October 25, 2023, to November 8, 2023, and to set the deadline for Plaintiff iProov Ltd. to file its Reply in support of the Motion to December 6, 2023.

Dated: November 27, 2023

*/s/ Ryan E. Hatch*
**HATCH LAW, PC**
Ryan E. Hatch
Hatch Law, PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Work: 310-279-5076
Mobile: 310-435-6374
Fax: 310-693-5328
ryan@hatchlaw.com

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: dgutke@efsmmlaw.com

*Attorneys for Defendant/Counterclaimant, iProov Ltd.*

*/s/ Nathaniel L. Dilger*
Nathaniel L. Dilger (CA Bar No. 196203)
Email: ndilger@onellp.com
Peter R. Afrasiabi (CA Bar No. 193336)
Email: pafrasiabi@onellp.com
William J. O'Brien (CA Bar No. 99526)
Email: wobrien@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

F. Christopher Austin, Esq. (SBN 6559)
Email: caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone:   (702) 382-4804
Facsimile:   (702) 382-4805

*Attorneys for Plaintiff/Counter-Defendant, FaceTec, Inc.*

/ / /

2

**IT IS SO ORDERED**

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

Dated:    November 28, 2023