Jay J. Schuttert (NV Bar No. 8656)
David W. Gutke (NV Bar No. 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV  89119
Tel: (702) 805-0290
Fax: (702) 805-0291
Email: jschuttert@efsmmlaw.com
          dgutke@efsmmlaw.com

Ryan E. Hatch *(Admitted Pro Hac Vice)*
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Work: (310) 279-5076
Fax: (310) 693-5328
Email: ryan@hatchlaw.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>iPROOV LTD., a United Kingdom limited liability company,<br><br>             Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant iProov Ltd. ("iProov") and Plaintiff Facetec, Inc. ("Facetec"), by and through their respective counsel of record, hereby stipulate and agree to an additional extension of time for iProov to respond to Plaintiff's Motion to Compel (ECF No. 68, filed on November 17, 2023) from December 8, 2023 to December 11, 2023.  The Parties previously agreed to extend the response from December 1, 2023 to December 8, 2023.  Good cause and/or excusable neglect exists for this extension, to permit the parties to continue to confer regarding narrowing the issues in dispute.  This is the Parties first request to the Court for the above extension.

Accordingly, iProov shall have until December 11, 2023, to respond to Facetec's Motion.

Dated: December 8, 2023

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin, Esq. (SBN 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805
Email: caustin@weidemiller.com

Nathanial L. Dilger, Esq. (CA Bar No. 196203)
Peter R. Afrasiabi, Esq. (CA Bar No. 193336)
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
Email: ndilger@onellp.com
Email: pafrasiabi@onellp.com

William J. O'Brien, Esq. (CA Bar No. 99526)
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (949) 943-2085
Email: wobrien@onellp.com

*Attorneys for Defendant iProov Ltd.*

**EVAN FEARS SCHUTTERT MCNULTY MICKUS**

/s/ David W. Gutke
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

/s/ Ryan E. Hatch
Ryan E. Hatch
Hatch Law, PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Work: 310-279-5076
Mobile: 310-435-6374
Fax: 310-693-5328
ryan@hatchlaw.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

IT IS SO ORDERED. (nunc pro tunc)

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/11/2023

CASE NO.: **2:21-cv-02252-RFB-BNW**

2