| | |
|---|---|
| 1 | F. Christopher Austin, Esq. (NV Bar No. 6559)<br>caustin@weidemiller.com |
| 2 | **WEIDE & MILLER, LTD.**<br>10655 Park Run Drive, Suite 100 |
| 3 | Las Vegas, NV 89144<br>Tel: (702) 382-4804 |
| 4 | Fax: (702) 382-4805 |
| 5 | Nathaniel L. Dilger (CA Bar No. 196203)<br>ndilger@onellp.com |
| 6 | Peter R. Afrasiabi (CA Bar No. 193336)<br>pafrasiabi@onellp.com |
| 7 | William J. O'Brien (CA Bar No. 99526)<br>wobrien@onellp.com |
| 8 | Taylor C. Foss (CA Bar No. 253486)<br>tfoss@onellp.com |
| 9 | **ONE LLP** |
| 10 | 23 Corporate Plaza<br>Suite 150-105 |
| 11 | Newport Beach, CA 92660<br>Tel: (949) 502-2870 |
| 12 | Fax: (949) 258-5081 |
| 13 | *Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>       Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL (First Request)** |
| iPROOV LTD, a United Kingdom limited liability company,<br><br>       Counter-Claimant,<br><br>   v.<br><br>FACETEC, INC., a Delaware corporation,<br><br>       Counter-Defendant. | |

1

1  Pursuant to Local Rules, LR IA 6-1, 6-2, and LR 7-1, Plaintiff FaceTec, Inc. ("FaceTec")
2  and Defendant iProov Ltd. ("iProov"), by and through their respective counsel of record, hereby
3  stipulate and agree to an extension of time for FaceTec to file its Reply to Defendant's Response
4  to Plaintiff's Motion to Compel (ECF No. 68, filed on November 17, 2023) from December 18,
5  2023 to December 22, 2023.
6  Good cause exists for this extension based on the complexities of the issues involved and
7  the parties' previous and ongoing efforts to narrow the issues.  This is the Parties first request to
8  the Court for the above extension.
9  Dated:  December 14, 2023

| ONE LLP | HATCH LAW, PC |
|---|---|
| /s/ Nathaniel L. Dilger | /s/ Ryan E. Hatch |
| Nathanial L. Dilger, Esq. (CA Bar No. 196203) | Ryan E. Hatch |
| Peter R. Afrasiabi, Esq. (CA Bar No. 193336) | Hatch Law, PC |
| William J. O'Brien, Esq. (CA Bar No. 99526) | 13323 Washington Blvd., Suite 302 |
| Taylor C. Foss (CA Bar No. 253486) | Los Angeles, CA 90066 |
| ONE LLP | Work: 310-279-5076 |
| 23 Corporate Plaza, Suite 150-105 | Mobile: 310-435-6374 |
| Newport Beach, CA 92660 | Fax: 310-693-5328 |
| Telephone: (949) 502-2870 | ryan@hatchlaw.com |
| Facsimile: (949) 258-5081 | |
| Email: ndilger@onellp.com | Jay J. Schuttert, Esq. (SBN 8656) |
| Email: pafrasiabi@onellp.com | David W. Gutke, Esq. (SBN 9820 |
| Email: wobrien@onellp.com | EVAN FEARS SCHUTTERT |
| Email: tfoss@onellp.com | MCNULTY MICKUS |
| | 6720 Via Austi Parkway, Suite 300 |
| F. Christopher Austin, Esq. (SBN 6559) | Las Vegas, NV 89119 |
| WEIDE & MILLER, LTD. | Telephone: (702) 805-0290 |
| 10655 Park Run Drive, Suite 100 | Facsimile: (702) 805-0291 |
| Las Vegas, NV 89144 | Email: jschuttert@efstriallaw.com |
| Telephone: (702) 382-4804 | Email: dgutke@efstriallaw.com |
| Facsimile: (702) 382-4805 | |
| Email: caustin@weidemiller.com | *Attorneys for Defendant and Counterclaimant, iProov Ltd.* |
| *Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.* | |

2

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 12/15/2023

CASE NO.: **2:21-cv-02252-ART-BNW**