Jay J. Schuttert (NV Bar No. 8656)
David W. Gutke (NV Bar No. 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV  89119
Tel: (702) 805-0290
Fax: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: dgutke@efsmmlaw.com

Ryan E. Hatch *(Admitted Pro Hac Vice)*
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Work: (310) 279-5076
Fax: (310) 693-5328
Email: ryan@hatchlaw.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>iPROOV LTD., a United Kingdom limited liability company,<br><br>Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant iProov Ltd. ("iProov") and Plaintiff Facetec, Inc. ("Facetec"), by and through their respective counsel of record, hereby stipulate to and request a continuance of the hearing on Plaintiff's Motion to Compel (ECF No. 68, filed on November 17, 2023), currently scheduled for January 25, 2024 at 10:00 AM in LV Courtroom 3B before Magistrate Judge Brenda Weksler.  The parties stipulate and request that the hearing be continued by eight days, to February 2, 2024 at 2:00 p.m., or such other date as the Court may be

available. Good cause exists for this extension because counsel for defendant iProov Ltd., Ryan E. Hatch, will be in a multi-day trial beginning on January 19, which is expected to proceed through January 26. In addition, counsel for Plaintiff FaceTec, Inc., Nathaniel L. Dilger, will be out of the country from January 24th through January 28th. And good cause further exists because the parties believe the additional time may be helpful to confer regarding narrowing the issues in dispute.

This is the parties' first request for a continuance of the hearing on the motion to compel. For the reasons above, the parties hereby request that the hearing scheduled for January 25, 2024 be continued eight days, to February 2, 2024 at 2:00 PM in LV Courtroom 3B.

Dated: January 4, 2024.

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin, Esq. (SBN 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

Nathanial L. Dilger, Esq. (CA Bar No. 196203)
Peter R. Afrasiabi, Esq. (CA Bar No. 193336)
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

William J. O'Brien, Esq. (CA Bar No. 99526)
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210

*Attorneys for Plaintiff/Counterclaim Defendant FaceTec, Inc.*

**EVAN FEARS SCHUTTERT MCNULTY MICKUS**

/s/ Jay Schuttert
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

/s/ Ryan E. Hatch
Ryan E. Hatch
Hatch Law, PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED:  1/17/2024

CASE NO.: **2:21-cv-02252-RFB-BNW**

2