Jay J. Schuttert (NV Bar No. 8656)
David W. Gutke (NV Bar No. 9820)
**EVANS FEARS SCHUTTERT**
**MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV  89119
Tel: (702) 805-0290
Fax: (702) 805-0291
jschuttert@efsmmlaw.com
dgutke@efsmmlaw.com

Ryan E. Hatch *(Admitted Pro Hac Vice)*
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328
ryan@hatchlaw.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>iPROOV LTD., a United Kingdom limited liability company,<br>                    Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT IPROOV LTD. TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL PURSUANT TO LOCAL PATENT RULE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant iProov Ltd. ("iProov") and Plaintiff Facetec, Inc. ("Facetec"), by and through their respective counsel of record, hereby stipulate and agree to an additional extension of time for iProov to respond to Plaintiff's Motion to Compel Pursuant to Local Patent Rule (ECF No. 89, filed on April 19, 2024) from May 3, 2024 to May 10, 2024, and for FaceTec to file a reply brief from May 10, 2024 to May 24, 2024. Good cause exists for this extension, to permit iProov counsel to confer with their client who is overseas and traveling.

1  This is the Parties' first request to the Court for the above extension.  For the reasons above, iProov
2  shall have until May 10, 2024 to respond to Facetec's Motion, and FaceTec shall have until May
3  24, 2024 to file their reply.

Dated: May 2, 2024.

| **WEIDE & MILLER, LTD.** | **EVAN FEARS SCHUTTERT MCNULTY MICKUS** |
|---|---|
| /s/ F. Christopher Austin | |
| F. Christopher Austin, Esq. (SBN 6559) | /s/ Jay Schuttert |
| 10655 Park Run Drive, Suite 100 | Jay J. Schuttert, Esq. (SBN 8656) |
| Las Vegas, NV 89144 | David W. Gutke, Esq. (SBN 9820) |
| | 6720 Via Austi Parkway, Suite 300 |
| Nathanial L. Dilger, Esq. (CA Bar No. 196203) | Las Vegas, NV 89119 |
| Peter R. Afrasiabi, Esq. (CA Bar No. 193336) | |
| **ONE LLP** | Ryan E. Hatch |
| 23 Corporate Plaza, Suite 150-105 | **HATCH LAW, PC** |
| Newport Beach, CA 92660 | 13323 Washington Blvd., Suite 302 |
| | Los Angeles, CA 90066 |
| William J. O'Brien, Esq. (CA Bar No. 99526) | |
| **ONE LLP** | *Attorneys for Defendant/Counterclaimant iProov Ltd.* |
| 9301 Wilshire Blvd., Penthouse Suite | |
| Beverly Hills, CA 90210 | |
| *Attorneys for Plaintiff/Counterdefendant FaceTec, Inc.* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2024

CASE NO.: **2:21-cv-02252-ART-BNW**

2