Jay J. Schuttert (NV Bar No. 8656)
David W. Gutke (NV Bar No. 9820)
**EVANS FEARS SCHUTTERT**
**MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV  89119
Tel: (702) 805-0290
Fax: (702) 805-0291
Email: jschuttert@efsmmlaw.com
          dgutke@efsmmlaw.com

Ryan E. Hatch *(Admitted Pro Hac Vice)*
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Work: (310) 279-5076
Fax: (310) 693-5328
Email: ryan@hatchlaw.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>iPROOV LTD., a United Kingdom limited liability company,<br>Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE PURSUANT TO LOCAL PATENT RULE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant iProov Ltd. ("iProov") and Plaintiff Facetec, Inc. ("Facetec"), by and through their respective counsel of record, hereby stipulate and agree to an additional extension of time for iProov to reply to Facetec's Response to iProov's Motion to Strike (ECF No. 101 filed on May 24, 2024) from May 31, 2024 to June 7, 2024. Good cause exists for this extension because (1) iProov did not receive Facetec's Response to iProov's Motion to Strike until May 29, due to a docketing error (Dkt. 109); and (2) iProov's counsel is

1

traveling and attending a hearing in this case on May 29-30, regarding iProov's pending Motion to Dismiss. This is the Parties first request to the Court for an extension of the reply brief. For the reasons above, the parties shall have until June 7, 2024, to respond to Facetec's response to Motion.

Dated: May 30, 2024

| **WEIDE & MILLER, LTD.** | **EVAN FEARS SCHUTTERT MCNULTY MICKUS** |
|---|---|
| */s/ Nathaniel L. Dilger*<br>F. Christopher Austin, Esq. (SBN 6559)<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144 | */s/ Jay Schuttert*<br>Jay J. Schuttert, Esq. (SBN 8656)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119 |
| Nathaniel L. Dilger, Esq. (CA Bar No. 196203)<br>Peter R. Afrasiabi, Esq. (CA Bar No. 193336)<br>ONE LLP<br>23 Corporate Plaza, Suite 150-105<br>Newport Beach, CA 92660 | */s/ Ryan E. Hatch*<br>Ryan E. Hatch<br>HATCH LAW, PC<br>13323 Washington Blvd., Suite 302<br>Los Angeles, CA 90066 |
| William J. O'Brien, Esq. (CA Bar No. 99526)<br>ONE LLP<br>9301 Wilshire Blvd., Penthouse Suite<br>Beverly Hills, CA 90210 | *Attorneys for Defendant/Counterclaimant iProov Ltd.* |

*Attorneys for Plaintiff/Counterdefendant FaceTec, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 31, 2024

CASE NO.: **2:21-cv-02252-ART-BNW**