F. Christopher Austin, Esq. (NV Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

Nathaniel L. Dilger (CA Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (CA Bar No. 193336)
pafrasiabi@onellp.com
William J. O'Brien (CA Bar No. 99526)
wobrien@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Tel: (949) 502-2870
Fax: (949) 258-5081

*Attorneys for Plaintiff and
Counter-Defendant FaceTec, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>  Defendant. | Case No.  2:21-cv-02252-ART-BNW<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL**<br><br>**(First Request)** |
| iPROOV LTD, a United Kingdom limited liability company,<br><br>  Counter-Claimant,<br><br>  v.<br><br>FACETEC, INC., a Delaware corporation,<br><br>  Counter-Defendant. | |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff Facetec, Inc. ("Facetec") and Defendant iProov Ltd. ("iProov"), by and through their respective counsel of record, hereby stipulate to and request that Plaintiff's time to respond to Defendant's Motion to Compel (ECF No. 117), filed on August 16, 2024, be extended by seven days, to September 6, 2024. This is the parties' first

1  request for a continuance of the briefing schedule and hearing on this motion to compel.

2        Good cause exists for this extension, because counsel for Plaintiff Facetec, Inc., Nathaniel

3  Dilger, will be traveling and out of the office the week of August 26, 2024 and the Labor Day

4  weekend, including September 3, 2024. Good cause further exists because the parties believe the

5  additional time may be helpful are continuing to confer regarding narrowing the issues in dispute.

6        For the reasons above, the parties hereby stipulate that Plaintiff's time to respond to

7  Defendant's Motion to Compel be extended by seven days to September 6, 2024.

8  Dated: August 27, 2024

| | |
|---|---|
| **WEIDE & MILLER, LTD.** | **EVAN FEARS SCHUTTERT MCNULTY MICKUS** |
| */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. (SBN 6559) <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br> Telephone: (702) 382-4804 <br> Facsimile: (702) 382-4805 <br> Email: caustin@weidemiller.com <br><br> Nathaniel L. Dilger (CA Bar No. 196203) <br> Email: ndilger@onellp.com <br> Peter R. Afrasiabi (CA Bar No. 193336) <br> Email: pafrasiabi@onellp.com <br> William J. O'Brien (CA Bar No. 99526) <br> Email: wobrien@onellp.com <br> ONE LLP <br> 23 Corporate Plaza, Suite 150-105 <br> Newport Beach, CA 92660 <br> Tel: (949) 502-2870 <br> Fax: (949) 258-5081 <br> *Attorneys for Plaintiff* | */s/ Jay Schuttert* <br> Jay J. Schuttert, Esq. (SBN 8656) <br> David W. Gutke, Esq. (SBN 9820) <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, NV 89119 <br> Telephone: (702) 805-0290 <br> Facsimile: (702) 805-0291 <br> Email: jschuttert@efstriallaw.com <br> Email: dgutke@efstriallaw.com <br><br> */s/ Ryan E. Hatch* <br> Ryan E. Hatch <br> Email: ryan@hatchlaw.com <br> Hatch Law, PC <br> 13323 Washington Blvd., Suite 302 <br> Los Angeles, CA 90066 <br> Work: 310-279-5076 <br> Mobile: 310-435-6374 <br> Fax: 310-693-5328 <br> *Attorneys for Defendant* |

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: August 28, 2024