Jay J. Schuttert (NV Bar No. 8656)
David W. Gutke (NV Bar No. 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV  89119
Tel: (702) 805-0290
Fax: (702) 805-0291
Email: jschuttert@efsmmlaw.com
         dgutke@efsmmlaw.com

Ryan E. Hatch *(Admitted Pro Hac Vice)*
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Work: (310) 279-5076
Fax: (310) 693-5328
Email: ryan@hatchlaw.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>        Defendant.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>        Counter-Claimant,<br><br>    v.<br><br>FACETEC, INC., a Delaware corporation,<br><br>        Counter-Defendant. | Case No.  2:21-cv-02252-ART-BNW<br><br>**JOINT STIPULATION AND REQEUST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL**<br><br>**(First Request)** |

1

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff Facetec, Inc. ("Facetec") and Defendant iProov Ltd. ("iProov"), by and through their respective counsel of record, hereby stipulate to and request that Plaintiff's time to file its reply brief on iProov's Motion to Compel (ECF No. 117), filed on August 16, 2024, be extended by seven days, to September 20, 2024.

Good cause exists for this extension, because the additional time is needed to review supplemental discovery responses produced by Facetec, and additional time is also helpful in narrowing the issues in dispute.

This is iProov's first request for a continuance of the briefing schedule and hearing on this Motion to Compel. For the reasons above, the parties hereby request that iProov's time to file its reply brief on its Motion to Compel be extended by seven days to September 20, 2024.

Dated: September 10, 2024.

| | |
|---|---|
| **WEIDE & MILLER, LTD.** | **EVAN FEARS SCHUTTERT MCNULTY MICKUS** |
| /s/ F. Christopher Austin | /s/ Jay Schuttert |
| F. Christopher Austin, Esq. (SBN 6559) | Jay J. Schuttert, Esq. (SBN 8656) |
| 10655 Park Run Drive, Suite 100 | David W. Gutke, Esq. (SBN 9820) |
| Las Vegas, NV 89144 | 6720 Via Austi Parkway, Suite 300 |
| | Las Vegas, NV 89119 |
| Nathanial L. Dilger, Esq. (CA Bar No. 196203) | |
| Peter R. Afrasiabi, Esq. (CA Bar No. 193336) | /s/ Ryan E. Hatch |
| ONE LLP | Ryan E. Hatch |
| 23 Corporate Plaza, Suite 150-105 | Hatch Law, PC |
| Newport Beach, CA 92660 | 13323 Washington Blvd., Suite 302 |
| | Los Angeles, CA 90066 |
| William J. O'Brien, Esq. (CA Bar No. 99526) | |
| ONE LLP | *Attorneys for Defendant/Counterclaimant* |
| 9301 Wilshire Blvd., Penthouse Suite | *iProov Ltd.* |
| Beverly Hills, CA 90210 | |
| *Attorneys for Plaintiff/Counterdefendant* | |
| *FaceTec, Inc.* | |

**IT IS SO ORDERED**

**DATED:** 10:16 am, September 11, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2