Jay J. Schuttert (NV Bar No. 8656)
David W. Gutke (NV Bar No. 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV  89119
Tel: (702) 805-0290
Fax: (702) 805-0291
Email: jschuttert@efsmmlaw.com
        dgutke@efsmmlaw.com

Ryan E. Hatch *(Admitted Pro Hac Vice)*
**HATCH LAW PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Work: (310) 279-5076
Fax: (310) 693-5328
Email: ryan@hatchlaw.com

*Attorneys for Defendant/Counterclaimant iProov Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation, | Case No.  2:21-cv-02252-ART-BNW |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND REQUEST TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL** |
| iPROOV LTD, a United Kingdom limited liability company, | |
| Defendant. | **(Second Request)** |
| iPROOV LTD, a United Kingdom limited liability company, | |
| Counter-Claimant, | |
| v. | |
| FACETEC, INC., a Delaware corporation, | |
| Counter-Defendant. | |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff Facetec, Inc. ("Facetec") and Defendant iProov Ltd. ("iProov"), by and through their respective counsel of record, hereby stipulate to and request that Plaintiff's time to file its reply brief on iProov's Motion to Compel (ECF No. 117),

filed on August 16, 2024, be extended by an additional fourteen days, from September 20, 2024 to October 4, 2024.

Good cause exists for this extension, because the additional time is needed for iProov to serve supplemental discovery responses and for the parties to thereafter confer with the goal of narrowing the issues in dispute.

This is iProov's second request for a continuance of the briefing schedule and hearing on this Motion to Compel.  For the reasons above, the parties hereby request that iProov's time to file its reply brief on its Motion to Compel be extended by an additional fourteen days, to October 4, 2024.

Dated: September 19, 2024.

**WEIDE & MILLER, LTD.**

*/s/ F. Christopher Austin*
F. Christopher Austin, Esq. (SBN 6559)
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

Nathanial L. Dilger, Esq. (CA Bar No. 196203)
Peter R. Afrasiabi, Esq. (CA Bar No. 193336)
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

William J. O'Brien, Esq. (CA Bar No. 99526)
ONE LLP
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90210

*Attorneys for Plaintiff/Counterdefendant
FaceTec, Inc.*

**EVAN FEARS SCHUTTERT
MCNULTY MICKUS**

*/s/ David Guke*
Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*/s/ Ryan E. Hatch*
Ryan E. Hatch
Hatch Law, PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066

*Attorneys for Defendant/Counterclaimant
iProov Ltd.*

**IT IS SO ORDERED.** _____

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 20, 2024

CASE NO.: **2:21-cv-02252-ART-BNW**

2