**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>            Defendant. | Case No.  2:21-cv-02252-ART-BNW<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO OPPOSE MOTION TO COMPEL** |
| iPROOV LTD, a United Kingdom limited liability company,<br><br>            Counter-Claimant,<br><br>    v.<br><br>FACETEC, INC., a Delaware corporation,<br><br>            Counter-Defendant. | |

Having considered Plaintiff FaceTec's motion for an extension of time (ECF No. 144), and having found good cause under Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, the Court **GRANTS** FaceTec's motion. Accordingly, the deadline for FaceTec to respond to Defendant iProov's motion to compel (ECF No. 142) is extended to January 14, 2025.

Dated this 6th day of January 2025.

_____
UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**