# EXHIBIT E

**UNITED STATES PATENT AND TRADEMARK OFFICE**

# PTAB Trial Statistics FY24 End of Year Outcome Roundup IPR, PGR

Patent Trial and Appeal Board

Fiscal Year 2024

**UNITED STATES PATENT AND TRADEMARK OFFICE** ®

uspto

# Petitions filed by trial type
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



PGR
38
3%

1,288
Total

IPR
1,250
97%

Trial types include Inter Partes Review (IPR) and Post Grant Review (PGR).

3



**Petitions filed by technology**
(FY24: Oct. 1, 2023 to Sept. 30, 2024)

- Mechanical & Business Method: 285, 22%
- Chemical: 40, 3%
- Bio/Pharma: 73, 6%
- Design: 3, <1%
- Electrical/Computer: 887, 69%
- Total: 1,288









# Settlements
### (FY20 to FY24: Oct. 1, 2019 to Sept. 30, 2024)



Settlement rate is calculated by dividing total settlements by concluded proceedings in each fiscal year (i.e., denied institution, settled, dismissed, requested adverse judgment, and final written decision), excluding joined cases.

| | FY20 | FY21 | FY22 | FY23 | FY24 |
|---|---|---|---|---|---|
| Settlements | 309 | 465 | 339 | 402 | 387 |
| Post-Institution | 146 | 192 | 165 | 213 | 239 |
| Pre-Institution | 163 | 273 | 174 | 189 | 148 |
| Settlement Rate | 22% | 32% | 27% | 30% | 32% |

# Outcomes by petition
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.

10

# Outcomes by patent
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.

11

# Outcomes by claim challenged
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)



- Disclaimed: 766 — 4%
- Dismissed: 212 — 1%
- Challenged But No FWD: 5,603 — 31%
- Institution Denied: 4,355 — 24%
- FWD Patentable: 1,491 — 8%
- FWD Unpatentable: 5,400 — 30%

17,827 Claims

12

# Claim outcomes
## (FY24: Oct. 1, 2023 to Sept. 30, 2024)

| Category | Count |
|---|---|
| Claims in the Patents | 24,483 |
| Not Challenged | 6,656 |
| Challenged | 17,827 |
| No DI | 2,173 |
| Disclaimed | 348 |
| Denied | 4,355 |
| Instituted | 10,951 |
| No FWD | 3,642 |
| Disclaimed | 418 |
| Patentable | 1,491 |
| Unpatentable | 5,400 |

"No DI" and "No FWD" mean the claim was challenged but not addressed in a DI/FWD, e.g., due to settlement.

30% of challenged claims and 49% of instituted claims were found unpatentable by a preponderance of the evidence.

uspto®

13



# All patents: All time
**(All time: Sept. 16, 2012 to Sept. 30, 2024)**

- 11,272 patents challenged
- 3,509 patents at least partially invalidated by PTAB
- 1,176 patents fully invalidated by PTAB

**10% of challenged patents were fully invalidated by PTAB (1,176 out of 11,272).**



15

