RYAN E. HATCH
ryan@hatchlaw.com
California Bar No. 235577
**HATCH LAW, P.C.**
13323 Washington Blvd., Ste. 302
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

*Attorney for Defendant/Counterclaimant iProov Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>  Defendant. | Case No.  2:21-cv-02252-ART-BNW<br><br>**DECLARATION OF RYAN E. HATCH IN SUPPORT OF DEFENDANT IPROOV'S MOTION FOR PARTIAL STAY** |
| iPROOV LTD, a United Kingdom limited liability company,<br><br>  Counter-Claimant,<br><br>  v.<br><br>FACETEC, INC., a Delaware corporation,<br><br>  Counter-Defendant. | |

I, Ryan E. Hatch, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am principle at Hatch Law, PC, 13323 W. Washington Blvd., Suite 302, Los Angeles, CA 90066. I am an attorney for Defendant and Counterclaimant iProov, Ltd. ("iProov") in this action against Plaintiff and Counterdefendant FaceTec, Inc. ("FaceTec"). I have personal knowledge of the facts stated therein. If called upon to testify, could and would testify competently to the following facts.

2.	The parties are still in discovery in the above-caption action, and, to date, only one deposition has taken place.

3.	I also represent iProov in connection with *FaceTec, Inc. v. Jumio Corporation*, No. 3:24-cv-03623-RFL, filed by FaceTec on June 14, 2024 in the United States District Court for the Northern District of California (the "California Action").

4.	Attached hereto as Exhibit A is a true and correct copy of the parties' Joint Case Management Statement filed in the California Action on September 12, 2024 as Docket Entry 32.

5.	Attached hereto as Exhibit B is a true and correct copy of Jumio Corporation ("Jumio")'s Motion to Stay filed in the California Action on November 27, 2024 as Docket Entry 54.

6.	Attached hereto as Exhibit C is a true and correct copy of FaceTec's Memorandum in Opposition to Jumio's Motion to Stay filed in the California Action on December 16, 2024 as Docket Entry 62.

7.	On February 6, 2025 the Clerk in the California Action entered Docket Entry 82 giving notice that Jumio's Motion to Stay, along with other pending motions, was "submitted without oral argument" and that "[t]the Court will issue a written order on the motions."

8.	Attached hereto as Exhibit D is a true and correct copy of a screenshot of FaceTec's publicly available website, available at www.facetec.com and accessed on January 31, 2025.

9.	Attached hereto as Exhibit E is a true and correct copy of the PTAB Trial Statistics FY24 End of Year Outcome Roundup IPR, PGR (available at https://www.uspto.gov/sites/default/files/documents/ptab_aia_fy2024__roundup.pdf).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day of February 10, 2025, at Los Angeles, California.

By: */s/ Ryan E. Hatch*
RYAN E. HATCH (SBN 235577)
**HATCH LAW, PC**
13323 Washington Blvd., Suite 302
Los Angeles, California 90066
Work: 310-279-5076
Mobile: 310-435-6374
Fax: 310-693-5328
ryan@hatchlaw.com

*Attorney for Defendant/Counterclaimant iProov Ltd.*