**MARQUIS AURBACH**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
cclement@maclaw.com
jmoser@maclaw.com

**ONE LLP**
Nathaniel L. Dilger (CA Bar No. 196203)
*(Admitted Pro Hac Vice)*
Peter R. Afrasiabi (CA Bar No. 193336)
*(Admitted Pro Hac Vice)*
William J. O'Brian (CA Bar No. 99526)
*(Admitted Pro Hac Vice)*
Taylor C. Foss (CA Bar No. 253486)
*(Admitted Pro Hac Vice)*
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
ndilger@onellp.com
pafrasiabi@onellp.com
wobrien@onellp.com
tfoss@onellp.com

*Attorneys for Plaintiff and Counter-Defendant,*
*FaceTec, Inc.*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FACETEC, INC., a Delaware corporation

Plaintiff,

vs.

iPROOV LTD, a United Kingdom limited liability company,

Defendant.

iPROOV LTD, a United Kingdom limited liability company,

Case Number: 2:21-cv-02252-ART-BNW

The Honorable Anne R. Traum

Magistrate Judge Brenda Weksler

**SUBSTITUTION OF COUNSEL**

Counter-Claimant.

vs.

FACETEC, INC., a Delaware corporation,

Counter-Defendant.

The law firm of Marquis Aurbach Chtd. is hereby substituted in as local counsel of record for FACETEC, INC., in the above-entitled action, in place and instead of F. Christopher Austin, Esq. of the law firm Lex Tecnica, Ltd.

Dated this 18th day of February, 2025.

***/s/ Terry A. Coffing***
FACETEC, INC.

I hereby CONSENT to the above and foregoing substitution.

Dated this ___ day of February, 2025.

**ONE LLP**

By : /s/

Nathaniel L. Dilger (CA Bar No. 196203)
*(Admitted Pro Hac Vice)*
Peter R. Afrasiabi (CA Bar No. 193336)
*(Admitted Pro Hac Vice)*
William J. O'Brian (CA Bar No. 99526)
*(Admitted Pro Hac Vice)*
Taylor C. Foss (CA Bar No. 253486)
*(Admitted Pro Hac Vice)*
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

*Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Counter-Claimant.

vs.

FACETEC, INC., a Delaware corporation,

Counter-Defendant.

The law firm of Marquis Aurbach Chtd. is hereby substituted in as local counsel of record for FACETEC, INC., in the above-entitled action, in place and instead of F. Christopher Austin, Esq. of the law firm Weide & Miller, Ltd.

Dated this ___ day of February, 2025.

/s/______________________
FACETEC, INC.

I hereby CONSENT to the above and foregoing substitution.

Dated this 5th day of February, 2025.

**ONE LLP**

By : /s/ ______________________
Nathaniel L. Dilger (CA Bar No. 196203)
*(Admitted Pro Hac Vice)*
Peter R. Afrasiabi (CA Bar No. 193336)
*(Admitted Pro Hac Vice)*
William J. O'Brian (CA Bar No. 99526)
*(Admitted Pro Hac Vice)*
Taylor C. Foss (CA Bar No. 253486)
*(Admitted Pro Hac Vice)*
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660

*Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.*

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

I hereby CONSENT to the above and foregoing substitution.

Dated this 17th day of February, 2025.

LEX TECNICA, LTD.

By: ***/s/ F. Christopher Austin***
F. Christopher Austin, Esq.
Nevada Bar No. 6559
10161 Park Run Drive, Suite 150
Las Vegas, NV 89144

I hereby ACCEPT the above and foregoing substitution as local counsel for Plaintiff, FACETEC, INC. in the above-entitled action.

Dated this 4th day of February, 2025.

**MARQUIS AURBACH**

By : ***/s/ Jared M. Moser***
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.*

**ORDER**

The above Subsitution of Counsel is hereby GRANTED.

IT IS SO ORDERED.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: February 19, 2025

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **SUBSTITUTION OF COUNSEL** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 18th day of February, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

EVAN FEARS SCHUTTERT MCNULTY MICKUS
David W. Gutke, Esq.
Jay Joseph Schutter, Esq.
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119

HATCH Law PC
Ryan E. Hatch, Esq.
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066

Alan Sege, Esq.
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066

*Attorney for Defendants/Counterclaimants*
*iProov Ltd.*

***/s/ Jessica Madsen***
An employee of Marquis Aurbach