**MARQUIS AURBACH**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
cclement@maclaw.com
jmoser@maclaw.com

**ONE LLP**
Nathaniel L. Dilger (CA Bar No. 196203)
*(Admitted Pro Hac Vice)*
Peter R. Afrasiabi (CA Bar No. 193336)
*(Admitted Pro Hac Vice)*
William J. O'Brian (CA Bar No. 99526)
*(Admitted Pro Hac Vice)*
Taylor C. Foss (CA Bar No. 253486)
*(Admitted Pro Hac Vice)*
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
ndilger@onellp.com
pafrasiabi@onellp.com
wobrien@onellp.com
tfoss@onellp.com

*Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>Defendant. | Case Number: 2:21-cv-02252-ART-BNW<br><br>**FACETEC, INC.'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |
| iPROOV LTD, a United Kingdom limited liability company,<br><br>Counter-Claimant.<br><br>vs.<br><br>FACETEC, INC., a Delaware corporation, | |

1 | Counter-Defendant.

3  TO: THE HONORABLE COURT

4  TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD

Pursuant to Local Rule IA 11-6, the law firm of Marquis Aurbach Chtd., respectfully moves the Court for an Order removing attorney F. Christopher Austin, Esq. (Nevada Bar No. 6559) email address chris@lextecnica.com and, associated emails all with the law firm of Lex Tecnica, Ltd. or with his former firms of Weide & Miller, Ltd. and Snell & Wilmer: 3135912420@filings.docketbird.com, bshow@weidemiller.com, caustin@weidemiller.com, docket_las@swlaw.com, litigation@weidemiller.com, sbeasley@swlaw.com, sbeasley@weidemiller.com, weidemillerlaw@gmail.com, from the electronic service list in this matter. Neither Snell & Wilmer, nor Weide & Miller, Ltd., nor Lex Tecnica, Ltd. is counsel for FaceTec, Inc. any longer. *See* ECF Nos. 152, 153.

Jared M. Moser, Esq. has filed a Substitution of Attorney [ECF No. 152] and is counsel of record together with Chad F. Clement, Esq. of the same law firm of Marquis Aurbach Chtd. for Plaintiff FaceTec, Inc. Removal of counsel and staff from Lex Tecnica, Ltd., and his former firms of Weide & Miller, Ltd., and Snell & Wilmer from the e-service list should not delay these proceedings as One, LLP remains counsel of record, and Marquis Aurbach Chtd. is now local counsel of record for Plaintiff FaceTec, Inc.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14815-003 (#5786852.1) 2/20/2025 3:21 PM

Accordingly, there is good cause to justify granting removal of F. Christopher Austin, Esq. at chris@lextecnica.com and, associated emails all with the law firm of Lex Tecnica, Ltd. or with his former firms of Weide & Miller, Ltd. and Snell & Wilmer: 3135912420@filings.docketbird.com, bshow@weidemiller.com, caustin@weidemiller.com, docket_las@swlaw.com, litigation@weidemiller.com, sbeasley@swlaw.com, sbeasley@weidemiller.com, weidemillerlaw@gmail.com from the electronic service list in this case.

Dated this 20th day of February, 2025.

**MARQUIS AURBACH**

By: */s/ Chad F. Clement*
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Plaintiff and Counter-Defendant, FaceTec, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14815-003 (#5786852.1) 2/20/2025 3:21 PM

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **FACETEC, INC.'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of February, 2025.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

EVAN FEARS SCHUTTERT MCNULTY MICKUS
David W. Gutke, Esq.
Jay Joseph Schutter, Esq.
6720 Via Austi Parkway, Ste. 300
Las Vegas, NV 89119

HATCH Law PC
Ryan E. Hatch, Esq.
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066

Alan Sege, Esq.
13323 W. Washington Blvd., Suite 302
Los Angeles, CA 90066

*Attorney for Defendants/Counterclaimants
iProov Ltd.*

*/s/ Jessica Madsen*
An employee of Marquis Aurbach

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816