Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

Ryan E. Hatch *(Admitted Pro Hac Vice)*
**HATCH LAW, PC**
13323 Washington Blvd, Suite 302
Los Angeles, CA 90066
Work: (310) 279-5076
Fax: (310) 693-5328
Email: ryan@hatchlaw.com

*Attorneys for Defendant and Counterclaimant iProov, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>　　　　　Defendant.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>FACETEC, INC., a Delaware corporation,<br><br>　　　　　Counter-Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**DEFENDANT AND COUNTER-CLAIMANT IPROOV LTD. ("IPROOV"), BY AND THROUGH THEIR UNDERSIGNED COUNSEL, RESPECTFULLY REQUEST, PURSUANT TO LOCAL RULES IA 11-6 AND 6-2, LEAVE OF THE COURT TO WITHDRAW RYAN E. HATCH OF HATCH LAW, PC AS COUNSEL OF RECORD. COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANT FACETEC, INC. HAVE INDICATED THAT THEY DO NOT OPPOSE THIS MOTION** |

UNOPPOSED MOTION FOR WITHDRAWAL
OF RYAN E. HATCH AS COUNSEL FOR
IPROOV LTD.　　　　　　　　　　　1　　　　　Case No. 2:21-cv-02252-ART-BNW

Defendant and Counterclaimant iProov Ltd. ("iProov"), by and through their undersigned counsel, respectfully request, pursuant to Local Rules IA 11-6 and 6-2, leave of the Court to withdraw Ryan E. Hatch of Hatch Law, PC as counsel of record. Counsel for Plaintiff and Counter-Defendant FaceTec, Inc. have indicated that they do not oppose this motion

Dated: June 4, 2025        By:   /s/ *Ryan E. Hatch*
                                        Ryan E. Hatch
                                        **HATCH LAW, PC**
                                        13323 Washington Blvd., Ste. 302
                                        Los Angeles, CA 90066
                                        Telephone: (310) 279-5076
                                        Facsimile: (310) 693-5328
                                        ryan@hatchlaw.com

                                        *Attorney for Defendant and Counterclaimant iProov Ltd.*

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule IA 11-6(b) states that: "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Ryan E. Hatch of Hatch Law, PC, who has appeared in this action, and iProov, who consents to this withdrawal, accordingly, seek to withdraw Mr. Hatch as counsel of record. All parties in this case have received notice of the instant motion and will additionally receive notice of this motion through the CM/ECF system. Counsel for Plaintiff and Counter-Defendant FaceTec, Inc. have indicated that they do not oppose this motion. Additionally, pursuant to Local Rule IA 11-6(d), withdrawal will not cause any delay in the instant proceedings as iProov will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears & Schuttert LLP, Keith Toms, Siobhan Tolan, Katherine C. Overberg, Leah R. McCoy, and Matthew D. Ventricelli of McCarter & English LLP. Additionally, movants have attached a proposed order and the LR IA 6-2 signature block, whichever the Court chooses to use.

Dated: June 4, 2025       By:   /s/ *Ryan E. Hatch*
                                Ryan E. Hatch
                                **HATCH LAW, PC**
                                13323 Washington Blvd., Ste. 302
                                Los Angeles, CA 90066
                                Telephone: (310) 279-5076
                                Facsimile: (310) 693-5328
                                ryan@hatchlaw.com

                                Jay J. Schuttert, Esq. (SBN 8656)
                                David W. Gutke, Esq. (SBN 9820)
                                **EVANS FEARS & SCHUTTERT LLP**
                                6720 Via Austi Parkway, Suite 300
                                Las Vegas, NV 89119
                                Telephone: (702) 805-0290
                                Facsimile: (702) 805-0291
                                Email: jschuttert@efstriallaw.com
                                Email: dgutke@efstriallaw.com

                                *Attorneys for Defendant and Counterclaimant iProov Ltd.*

**ORDER**

**This Court GRANTS ECF No. 179 Motion to Withdraw, as counsel has complied with Local Rule IA 11-6. IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2025

Case No.: 2:21-cv-02252-ART-BNW