1  Jay J. Schuttert, Esq. (SBN 8656)
2  David W. Gutke, Esq. (SBN 9820)
   **EVANS FEARS & SCHUTTERT LLP**
3  6720 Via Austi Parkway, Suite 300
   Las Vegas, NV 89119
4  Telephone: (702) 805-0290
   Facsimile: (702) 805-0291
5  Email: jschuttert@efstriallaw.com
   Email: dgutke@efstriallaw.com
6

7  Alan D. Sege (SBN 177350
   ALAN SEGE, ESQ. PC
8  13323 Washington Blvd., Suite 302
   Los Angeles, CA 90066
9  Telephone: 310-957-3301
   alan@alansege.com
10
   *Attorneys for Defendant and Counterclaimant iProov, Ltd.*
11
                   **UNITED STATES DISTRICT COURT**
12
                        **DISTRICT OF NEVADA**

| | |
|---|---|
| FACETEC, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br> v.<br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>   Defendant.<br><br><br>iPROOV LTD, a United Kingdom limited liability company,<br><br>   Counter-Claimant,<br><br> v.<br><br>FACETEC, INC., a Delaware corporation,<br><br>   Counter-Defendant. | Case No. 2:21-cv-02252-ART-BNW<br><br>**DEFENDANT AND COUNTER-CLAIMANT IPROOV LTD. ("IPROOV"), BY AND THROUGH THEIR UNDERSIGNED COUNSEL, RESPECTFULLY REQUEST, PURSUANT TO LOCAL RULES IA 11-6 AND 6-2, LEAVE OF THE COURT TO WITHDRAW ALAN D. SEGE OF ALAN SEGE, ESQ. PC AS COUNSEL OF RECORD. COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANT FACETEC, INC. HAVE INDICATED THAT THEY DO NOT OPPOSE THIS MOTION** |

UNOPPOSED MOTION FOR WITHDRAWAL OF ALAN D. SEGE AS COUNSEL FOR IPROOV LTD.    1    Case No. 2:21-cv-02252-ART-BNW

1  Defendant and Counterclaimant iProov Ltd. ("iProov"), by and through their undersigned
2  counsel, respectfully request, pursuant to Local Rules IA 11-6 and 6-2, leave of the Court to
3  withdraw Alan D. Sege of Alan Sege, Esq. PC as counsel of record. Counsel for Plaintiff and
4  Counter-Defendant FaceTec, Inc. have indicated that they do not oppose this motion.

Dated: June 4, 2025          By:     /s/ *Alan D. Sege*
                                     Alan D. Sege (SBN 177350
                                     **ALAN SEGE, ESQ. PC**
                                     13323 Washington Blvd., Suite 302
                                     Los Angeles, CA 90066
                                     Telephone: 310-957-3301
                                     alan@alansege.com

                                     *Attorney for Defendant and Counterclaimant iProov Ltd.*

# MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule IA 11-6(b) states that: "If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Alan D. Sege of Alan Sege, Esq. PC, who has appeared in this action, and iProov, who consents to this withdrawal, accordingly, seek to withdraw Mr. Sege as counsel of record. All parties in this case have received notice of the instant motion and will additionally receive notice of this motion through the CM/ECF system. Counsel for Plaintiff and Counter-Defendant FaceTec, Inc. have indicated that they do not oppose this motion. Additionally, pursuant to Local Rule IA 11-6(d), withdrawal will not cause any delay in the instant proceedings as iProov will continue to be represented in this action by attorneys Jay J. Schuttert and David Gutke of Evans Fears & Schuttert LLP, Keith Toms, Siobhan Tolan, Katherine C. Overberg, Leah R. McCoy, and Matthew D. Ventricelli of McCarter & English LLP. Additionally, movants have attached a proposed order and the LR IA 6-2 signature block, whichever the Court chooses to use.

Dated: June 4, 2025    By:    /s/ *Alan D. Sege*

Alan D. Sege (SBN 177350
**ALAN SEGE, ESQ. PC**
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Telephone: 310-957-3301
alan@alansege.com

Jay J. Schuttert, Esq. (SBN 8656)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: dgutke@efstriallaw.com

*Attorneys for Defendant and Counterclaimant iProov Ltd.*

**ORDER**

**This Court GRANTS ECF No. 180 Motion to Withdraw, as counsel has complied with Local Rule IA 11-6. IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2025

Case No.: 2:21-cv-02252-ART-BNW