1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FACETEC, INC., a Delaware corporation, | Case #2:21-cv-02252-ART-BNW |
| Plaintiff(s), | **ORDER APPROVING** |
| vs. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| iPROOV LTD., a United Kingdom limited liabilitycompany, | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Christopher S. Skinner_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

_____One LLP_____
(firm name)

with offices at _____23 Corporate Plaza, Suite 150-105_____,
(street address)

___Newport Beach___, ___California___, ___92660___,
(city)               (state)             (zip code)

___(949) 502-2870___, ___cskinner@onellp.com___.
(area code + telephone number)   (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____FaceTec, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>February 3, 2022</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Central District of CA | 05/09/2022 | |
| USDC, Northern District of CA | 06/14/2022 | |
| USDC, Southern District of CA | 05/09/2022 | |
| USDC, District of AZ | 05/26/2021 | |
| Supreme Court of CA | 02/03/2022 | 342830 |
| Supreme Court of AZ | 02/02/2016 | 032781 |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*/s/ Christopher S. Skinner*
_____
Petitioner's signature

STATE OF  Texas        )
                       )
COUNTY OF  Galveston   )

___Christopher S. Skinner___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*/s/ Christopher S. Skinner*
_____
Petitioner's signature

Subscribed and sworn to before me this

___23rd___ day of ___April___, 2025.

*/s/ Jasmine Fontenot*
_____
Notary Public or Clerk of Court

[Notary Seal — State of Texas]
Jasmine Fontenot
ID NUMBER 134597818
COMMISSION EXPIRES October 10, 2027

Electronically signed and notarized online using the Proof platform.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Jared M. Moser___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10001 Park Run Drive_____,
(street address)

___Las Vegas___, ___Nevada___, ___89145___,
(city)          (state)          (zip code)

___(702) 382-0711___, ___jmoser@maclaw.com___.
(area code + telephone number)   (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jared M. Moser_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

__Terry Coffing, Director_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13003                jmoser@maclaw.com
Bar number           Email address

**APPROVED.**

_____
Anne R. Traum
United States District Judge

DATED: June 25, 2025

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 6/24/2025

**LICENSEE NAME:** Christopher Spencer Skinner

**LICENSEE BAR NUMBER:** 342830

**LICENSEE STATUS:** Active

**ADMIT DATE:** 2/3/2022

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Christopher Spencer Skinner's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar of Arizona, **CHRISTOPHER SPENCER SKINNER** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on February 2, 2026, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  05-23-2025

*Mark McCall*
Mark McCall
Associate Disciplinary Clerk

COGS2213750A481F